RECEIVED
APR 1 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| F. PAUL AUTERY | CASE NO. 6:05-cv-00982 |
| VERSUS | JUDGE DOHERTY |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | MAGISTRATE JUDGE HILL |

### RULING ON OBJECTION

Currently pending before the Court is a "Rule 72 Objection" filed by plaintiff. [Doc. 157] On February 12, 2010, this Court remanded the matter to the Magistrate Judge "for written reasons in support of those portion of his Order to which plaintiff has filed objections." [Doc. 167] On April 13, 2010, the Magistrate Judge issued his "Reasons for Ruling." [Doc. 168] Accordingly, this matter is now in proper posture for the Court to rule on the objections filed by plaintiff.

Within the Magistrate Judge's Reasons for Ruling [Doc. 167], he modified his original Order [Doc. 154] in light of plaintiff having "narrowed his [discovery] request," and to more accurately reflect his original intent in the Order. [Doc. 168, pp.3-4, n.3] In light of the modification/clarification, it appears plaintiff's objections to paragraphs 4 and 5 of the Magistrate Judge's Order are now moot.

Additionally, plaintiff objects to the final three paragraphs of the Magistrate Judge's original Order, which read as follows:

> The defendant need not respond to plaintiff's outstanding additional or supplemental discovery requests.
>
> The defendant need not produce any information regarding marketing or post-marketing data.
>
> The defendant need not respond to discovery propounded by Mr. Autery on or about June 10, 2008, as it is not the court's intention to open discovery for all

purposes.

[Doc. 154, p.2]

Plaintiff's objection to the foregoing portion of the Magistrate Judge's original Order states as follows:

> The remaining three paragraphs of Judge Hill's Order should be reversed, requiring production of any and all documents relating to the database of adverse events, spontaneous adverse event reports or otherwise safety reports relating to pediatric and adolescent patients, all as required by the FDA and/or regulations relating to such reporting to the FDA and as previously requested.

[Doc. 157, pp. 1-2]

In light of the Magistrate Judge's modification/clarification contained in his Reasons for Ruling, it appears the foregoing objection is also now moot. However, to the extent the objection is not moot, the Court finds the objection is insufficient to carry plaintiff's burden of proof of showing paragraphs six through eight of the Magistrate Judge's original Order are "clearly erroneous or ... contrary to law."[1] FED. R. CIV. P. 72.

In light of the foregoing, plaintiff's objections to paragraphs four and five of the Magistrate Judge's Order [Doc. 154] are DENIED AS MOOT; Plaintiff's objections to paragraphs six through eight are DENIED AS MOOT and/or DENIED FOR FAILURE TO CARRY HIS BURDEN OF PROOF.

THUS DONE AND SIGNED this ___16___ day of April, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] For example, plaintiff has not identified the "regulations" upon which he relies as the basis of his objection.