RECEIVED
MAY 1 2 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| F. PAUL AUTERY | * CIVIL NO. 05-0982 |
| VS. | * JUDGE DOHERTY |
| SMITHKLINE BEECHAM CORPORATION | * MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

**IT IS ORDERED** that GSK's Motion for Summary Judgment [rec. doc. 89] is **GRANTED**, and accordingly, this action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _12_ day of _May_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE